# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132107

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 132107
                                  COA: 270675
                                  Hillsdale CC: 05-290590;
                                                  05-290591;
                                                    05-290751

JED SCOTT VANHOOSEAR,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

                                        Clerk

p1120